**FORUM CREDIT UNION** Partial Acct # 25909.... 11313 USA PKWY FISHERS IN 46037 (317) 558 6000

| | | |
|---|---|---|
| **Date opened** Jul 2014 | **First reported** Aug 2014 | **Recent balance** Not reported |
| **Address ID #** 0813071611 | **Terms** 78 Months | **Status** Discharged through Bankruptcy Chapter 13/Never late. |
| **Type** Auto Loan | **Monthly payment** Not reported | This account is scheduled to continue on record until Sep 2021. |
| **Responsibility** Individual | **Credit limit or original amount** $31,952 | |
| | **High balance** Not reported | **Date of Status** Aug 2014 |

### After dispute



**FORUM CREDIT UNION** Partial Acct # 25909.... 11313 USA PKWY FISHERS IN 46037 (317) 558 6000

| | | |
|---|---|---|
| **Date opened** Jul 2014 | **First reported** Aug 2014 | **Recent balance** Not reported |
| **Address ID #** 0813071611 | **Terms** 78 Months | **Status** Discharged through Bankruptcy Chapter 13. |
| **Type** Auto Loan | **Monthly payment** Not reported | This account is scheduled to continue on record until Sep 2021. This item was updated from our processing of your dispute in Dec 2019. |
| **Responsibility** Individual | **Credit limit or original amount** $31,952 | |
| | **High balance** Not reported | **Date of Status** Aug 2014 |

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

### Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| **OK** Current | **150** Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| **60** Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Exhibit H