UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAREY ALLEN,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, TRANSUNION, LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC., and<br>FORUM CREDIT UNION,<br><br>        Defendants. | Case No. 1:20-cv- 00248-RLY-MPB |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. **Parent Companies**: The ultimate parent company of Experian is Experian plc.

2. **Subsidiaries Not Wholly Owned**: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

   a.   Central Source LLC

   b.   Online Data Exchange LLC

   c.   New Management Services LLC

   d.   VantageScore Solutions LLC

   e.   Opt-Out Services LLC

- 1 -

3.     **Publicly Held Companies**: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: Febuary 18, 2020                                    Respectfully submitted,

*/s/ Logan C. Hughes*
Logan C. Hughes (#24953-53)
**REMINGER CO., L.P.A.**
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, Indiana  46268
T:  317-853-7367
F:  317-228-0943
lhughes@reminger.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2020, I have caused a copy of the foregoing to electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Frank D. Otte
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
fotte@clarkquinnlaw.com
*Counsel for Plaintiff*

Scott E. Brady
**SCHUCKIT & ASSOCIATES, P.C.**
sbrady@schuckitlaw.com
*Counsel for Defendant, Trans Union, LLC*

Patrick J. Ruberry
**LITCHFIELD CAVO LLP**
ruberry@litchfieldcavo.com
*Counsel for Defendant, Forum Credit Union*

*/s/ Logan C. Hughes*
Logan C. Hughes (#24953-53)
**REMINGER CO., L.P.A.**