# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAREY BRENT ALLEN | ) | **JURY TRIAL DEMANDED** |
| Plaintiff, | ) | |
| v. | ) | Case No. **1:20-cv-248-RLY-MPB** |
| FORUM CREDIT UNION, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

**THIS CAUSE COMING ON TO BE HEARD** on Motion of Defendant, FORUM CREDIT UNION, due notice having been given and the Court being fully advised in the premises,

**IT IS HEREBY ORDERRED THAT** Defendant, FORUM CREDIT UNION, be and is hereby granted leave to file its correct reply brief *instanter*, and also given leave to withdraw the reply brief filed on April 7, 2020.

Dated: _____

JUDGE