UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAREY ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00248-RLY-MPB |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| TRANSUNION, LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC, | ) |
| FORUM CREDIT UNION, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties have notified the Court that this matter has settled between Plaintiff and Defendant **Experian Information Solutions, Inc., only** (Dkt. No. 36). It is therefore ordered that all dates and deadlines between these two parties previously established are vacated. Any pending motion is denied as moot. The parties are directed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court within sixty (60) days from the date of this order. Failure to do so may result in dismissal with prejudice pursuant to Fed. R.Civ. P. 41(b).

IT IS SO ORDERED.

Date: April 10, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.