UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAREY ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00248-RLY-MPB |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| TRANSUNION, LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC, | ) | |
| FORUM CREDIT UNION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Forum Credit Union's *Motion to File Corrected Reply in Support of Its Motion to Dismiss.* (Dkt. No. 35). Forum Credit Union does not provide the court with the corrected reply nor does it state opposing party's position to the request. Thus, the court cannot provide an adequate review of this motion and it is **DENIED with leave to refile**. The renewed motion should include the proposed, corrected reply as an exhibit and should state, if known, the opposing party's position to the request. A proposed order should also be attached for the Court's consideration.

SO ORDERED.

Date: April 10, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.